# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JANIS L. SAMMARTINO, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT VALENZUELA JR,<br>aka JUNIOR ALBERT VALENZUELA,<br><br>　　　　Defendant. | Criminal Case Nos. **20-CR-2628-JLS**<br>　　　　　　　　　　**18-CR-4941-JLS**<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND SUPERVISED RELEASE REVOCATION HEARING** |

　　　Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion/Trial Setting in the above-captioned matter currently scheduled for November 6, 2020 at 1:45 PM, be continued to December 11, 2020 at 1:45 PM. IT IS FURTHER ORDERED that the Supervised Release Revocation Hearing set for November 6, 2020 shall be continued to the same date and time.

　　　For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuances outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

Dated: November 4, 2020

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge